DAVID W. BRUCE et al., Executors, etc., Appellants, *v.* DAVID W. BRUCE et al., Executors, et al., Respondents.

(Argued November 30, 1892; decided December 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 31, 1891, which modified, and affirmed as modified, a judgment in favor of defendants entered upon the report of a referee.

*John M. Bowers* for appellants.

*J. Frederic Kernochan* for respondents.

Agree to affirm on opinion of General Term.

All concur, except GRAY, J., not voting, and MAYNARD, J., dissenting.

Judgment affirmed. _____